JS-6

Pamela Tsao, Esq. (SBN 266734)
Pamela.Tsao@ascensionlawgroup.com
ASCENSION LAW GROUP
2030 E. 4th St., Suite 205
Santa Ana, CA 92705
Tel: 714.783.4220
Fax: 888.505.1033

Attorneys for JOHNNY TCHANG,
Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHNNY TCHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVE & BUSTER'S, INC., a California corporation; DAVE & BUSTER'S OF CALIFORNIA, INC., a California corporation; DAVE & BUSTER'S MANAGEMENT CORPORATION, INC., a California corporation and DOES 1 through 10,,<br><br>　　　　Defendant. | Case No. 2:15-cv-09078-PA-JPR(x)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**<br><br>Complaint Filed:　　11/23/15<br><br>The Hon. Percy Anderson |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice as to DAVE & BUSTER'S, INC., a California corporation; DAVE & BUSTER'S OF CALIFORNIA, INC., a California corporation; DAVE & BUSTER'S MANAGEMENT CORPORATION, INC, each party to bear their own attorneys' fees and costs.

Dated: February 12, 2016　　　　_____
　　　　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE